Scott R. Burton, SBN (96898)
574 South Rancho Santa Fe Rd.
San Marcos, CA 92078
(760) 727-4746 | Fax (760) 727 - 6435
srburtonatty@aol.com

*Attorneys for Debtor*
*Todd Macaluso*

UNITED STATES BANKRUPTSY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:

TODD MACALUSO

DEBTOR

Case No.: 16-04214-LT7
Chapter 7

RESPONSE TO CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION WITH REPECT TO SAFECO ANNUITIES; MEMORANDUM OF POINTS AND AUTHORITIES

Date : October 5, 2017
Dept : 3
Time: 10:00 am

## MEMORANDUM OF POINTS AND AUTHORITIES

I INTRODUCTION

Debtor is a 54 year-old attorney who has been disbarred. He is presently in Jail pending charges. He is married with a 3 year-old daughter and 11 year-old son. His wife does not earn income. His current criminal case is pending in New York with a trial date of October 2 2017. He filed bankruptcy on July 10 2016. Debtor had obtained two annuities in year 2000 for attorney fees on a personal injury case. The annuites come due in October 2017. Debtor listed the annuities as part of his assets and attempts to exempt under California Code of Civil Procedure Section 703.140(b)(10)(E).

RESPONSE TO CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION WITH REPECT TO SAFECO ANNUITIES; MEMORANDUM OF POINTS AND AUTHORITIESDATE : OCTOBER 5,2017DEPT : 3TIME:10:00 AM - 1

THE ANNUITIES MAY BE EXEMPT

The law allows a working taxpayer to accumulate assets during his productive years so that he may draw upon them in later years IN RE MCKOWN 203 BR 722 ,EASTERN District of California. And in this case that is what Debtor Macaluso did. He had his attorney's fees paid into an annuity.And he withheld from receiving the monies for 17 years. In In RE PIPKINS 2014 Bankr. Lexis 2654 , a debtor filed bankruptcy and was paid the proceeds in the form of an annuity. The debtor failed to list properly but the court held that the Debtors might be able to claim a valid exemption from the annuity under California Code of Civil Procedure Section 703.140(b)(10)(E). And this is the same argument that Debtor makes in this case . In that case the proceeds of the law suit too will be used for an annuity that is protected under California Code of Civil Procedure Section 703.140(b)(10)(E). The key issue is whether the money is necessary for the support of the Debtor and any dependent of the Debtor

The right to receive the payment was based on waiting 17 years. Thus, it is also Debtor's argument that he fits under the " age" part of the Section . Debtor did not purchase and file bankruptcy with the intent to defraud the creditors . Here there is a 17 year period from the time it was awarded to the time of it is supposed to be paid.

ARGUMENT

In this case the Debtor and his family will have virtually nothing if denied the annuities. It appears that an evidentiary hearing should be set to see if monies are necessary for the health and welfare of the Debtor and his family. Certainly, Debtor will be open said hearing whenever possible.

RESPONSE TO CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION WITH REPECT TO SAFECO ANNUITIES; MEMORANDUM OF POINTS AND AUTHORITIESDATE : OCTOBER 5,2017DEPT : 3TIME:10:00 AM - 2

Dated: September 15 2017

*/s/ Scott R. Burton*

Scott R. Burton
Attorney for Debtor/
Todd Macaluso

RESPONSE TO CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION WITH REPECT TO SAFECO ANNUITIES; MEMORANDUM OF POINTS AND AUTHORITIESDATE : OCTOBER 5,2017DEPT : 3TIME:10:00 AM - 3